UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| STRAUSIE HART, | Case No. CV-18-23-H-DLC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| JENNIFER HUDSON and TANYA MURGEL, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED This matter is DISMISSED WITH PREJUDICE.

Dated this 12th day of March, 2018.

TYLER P. GILMAN, CLERK

By: /s/ H. G.
H. G., Deputy Clerk